UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

TAMATHA D. ISOM,                                                                                          Plaintiff,

v.                                                                              Civil Action No. 4:25-cv-003-DJH

BHARAT PATEL et al.,                                                                                Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Tamatha D. Isom, proceeding pro se, filed this action against Defendants Bharat Patel and Super 8 Motel on January 7, 2025. (Docket No. 1) The Court subsequently reviewed Isom's complaint and noted that "the Court may lack jurisdiction to hear Isom's claims." (D.N. 14, PageID.69) The Court therefore ordered Isom to show cause "why this matter should not be dismissed for lack of subject-matter jurisdiction" within fourteen days of May 16, 2025. (*Id.*, PageID.70) Isom failed to comply with the Court's show-cause Order. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)   This action is **DISMISSED** and **STRICKEN** from the Court's active docket.

(2)   Isom's pending motions (D.N. 4; D.N. 12) are **DENIED** as moot.

June 11, 2025

David J. Hale, Judge
United States District Court

1